

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2021

No. 04-21-00392-CV

**EILENBERGER'S, INC.** d/b/a Sunshine Distributors of SA and William L. Jones,
Appellants

v.

**WESTPOINT HOME, LLC,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI08806
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellant's brief was originally due on November 19, 2021. Appellant has been granted one previous extension until December 20, 2021. On December 16, 2021, appellant filed an unopposed motion for an extension until January 19, 2022. Appellant states the parties are engaged in settlement discussions.

The motion is GRANTED, and appellant is ORDERED to file its brief **no later than January 19, 2022**. Further requests for an extension to file a brief are discouraged absent extenuating circumstances.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court